

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2015

No. 04-15-00418-CV

Margaret Jean **FISCHER**,
Appellant

v.

Phillip Stirling **FISCHER**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-14-15-CV
The Honorable William Old, Judge Presiding

# O R D E R

Appellant's notice of appeal was filed in this court on July 9, 2015. To this date, appellant has not paid the $195 filing fee nor made any showing that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. Appellant has also failed to file a docketing statement.

On September 1, 2015, this Court notified the court reporter that the reporter's record was late. The court reporter responded to this Court's notice by stating that the reporter's record was not filed because appellant failed to order the record and failed to pay or make arrangements to pay the reporter's fee for preparing the record.

It is therefore ORDERED appellant show cause in writing within ten days (10) of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

It is further ORDERED that appellant provide proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court